**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**HEANG OUCH ET AL**
        **Plaintiff**

   **V.**

**FEDERAL NATIONAL MORTGAGE**
        **Defendants**

**CA ACTION**

**NO. 11CV12090-RWZ**

**JUDGMENT**

**ZOBEL, D. J.**

In accordance with the MEMORANDUM AND ORDER entered 1/10/13; JUDGMENT entered dismissing the action.

                                          **By the Court,**

  **1/10/13**                                        **s/ Lisa A. Urso**
**Date**                                             **Deputy Clerk**