# United States Court of Appeals
## For the First Circuit

No. 13-1209

HEANG OUCH; DIEU TRUONG; VITH CHRORM; NIENG YERN; SAVAI SAN; SAVONN SAN; SUSAN SORSBY; RANDY FOLLETT; SUZANNE FOLLETT; SONG KIM ROS; NHIEP HOUT ROS; MARLENA DAVIS; NEANG LIM; SAROEUN ROM; KOLAP IM; VANDY DUCH; DAOVANNEY DUCH; MOISE FILS; CHHEANG THY; IN THY; CHANTHA OUM; NOVELETTE NAPIER; NATASHA NAPIER; MICHAEL FRANCIS; SOKUM HENG; SOTHY KUM; NAROM NOP; KAB SEUN; MOM CHHUOM; SAVAN CHHEM; SOK CHAN CHHEM; CHANNY LOM; JEANINE CHHOEUM; STEPHEN STRAUSS; NANCY STRAUSS; SOPHAL KOL; DARICK THIN; CHANTHOL LY; MALEN PIN; MELINDA MATHEWS; SARUN KIM; KENG HOUTH; KIMLON HOUTH; J. CHARLES LAUTURE; PROS CHHOT, on behalf of themselves and all others similarly situated,

Plaintiffs - Appellants,

v.

FEDERAL NATIONAL MORTGAGE ASSOCIATION, a/k/a/ FNMA, a/k/a Fannie Mae; INDEPENDENT NATIONAL MORTGAGE CORPORATION, a/k/a INDYMAC BANK; ONEWEST BANK; WELLS FARGO BANK, N.A., as Trustee for Option One Mortgage Loan Trust 2007-2; AMERICAS SERVICING COMPANY, a/k/a ASC; WACHOVIA MORTGAGE; BARCLAYS CAPITAL REAL ESTATE, INC., d/b/a HOMEQ SERVICING; BEAR STEARNS RESIDENTIAL MORTGAGE CORPORATION; JP MORGAN CHASE BANK, N.A.; CHASE HOME FINANCE, LLC, Successor by merger to JP Morgan Chase Bank, N.A.; EMC MORTGAGE, f/k/a EMC Mortgage Corporation, n/k/a EMC Mortgage LLC; WASHINGTON MUTUAL, INC.; VIRTUALBANK, A Division of LYDIA PRIVATE BANK; OCWEN LOAN SERVICING, LLC; AMERICAN HOME MORTGAGE SERVICING, INC., a/k/a A.H.M.S.I.; CAPITAL ONE, N.A.; TAYLOR BEAN & WHITAKER MORTGAGE CORP.; COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS, INC.; BAC HOME LOANS SERVICING, LP; BANK OF AMERICA, N.A.; MIDFIRST BANK; WELLS FARGO BANK, N.A., as trustee for the various trusts noted herein; DEUTSCHE BANK NATIONAL TRUST

COMPANY, as trustee for the various trusts noted herein; U.S. BANK NATIONAL ASSOCIATION, as trustee for the various trusts noted herein; DOONAN, GRAVES & LONGORIA, LLC; ORLAN MORAN, PLLC; ABLITT SCOFIELD; HARMON LAW OFFICES, P.C.; SOVEREIGN BANK,

Defendants - Appellees,

IMB HOLDCO, LLC; IMB MANAGEMENT HOLDINGS, LP; DUNE CAPITAL, LLC; J.C. FLOWERS & CO.; MSD CAPITAL, L.P.; STONE POINT CAPITAL; SOROS FUND MANAGEMENT, LLC; SSP OFFSHORE, LLC; PAULSON & CO.; SILAR ADVISORS, LP; SILAR MCF-1, LLC,

Defendants.

## MANDATE

Entered: September 15, 2015

In accordance with the judgment of August 24, 2015, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Peter Antonelli
David B. Bergman
Jeremy R. Bombard
Pros Chhot
Kevin Paul DeMello
Nicholas M. DePalma
Marissa I. Delinks
Todd Steven Dion
Maria R. Durant
Bryan Alan Fratkin
James M. Golden
Thomas H. Good
Michael R. Hagopian
Peter Justin Haley
Sean R. Higgins
Dorian L. Hurley

Christopher Thomas Hynes
Matthew A. Kane
Lawrence M. Kraus
Michael S. Kraut
Thomas R. Lavallee
Reneau Jean Longoria
Mary Ellen Manganelli
James W. McGarry
Maura Katherine McKelvey
Keven Alexander McKenna
Jeffrey Dean McMahan Jr.
Robert M. Mendillo
Elliott Cruchley Mogul
Jeffrey W Moss
Morgan T. Nickerson
Justin P. O'Brien
Peter Obstler
Jeffrey S. Patterson
Walter Harley Porr Jr.
Kurt William Rademacher
Donn Alexander Randall
Geoffrey M. Raux
Joshua Daugherty Shakun
James Kevin Snyder